FILED
 2007 Nov-30  PM 04:04
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES McCONICO, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **Civil Action No.  CV 03-S-3189-S** |
| ) | |
| **WARDEN RALPH HOOKS and** ) | |
| **THE ATTORNEY GENERAL FOR** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation on October 17, 2007, recommending that the respondents' motion for summary judgment be granted and the petition for writ of habeas corpus be dismissed.  The petitioner filed objections to the report and recommendation on November 15, 2007.  He filed an amendment to his objections on November 27, 2007.

The court has considered the entire file in this action, including the report and recommendation and the petitioner's objections to the report and recommendation,[1]

---

[1] The court notes that in addition to objecting to the magistrate judge's report and recommendation, the petitioner has also objected to various other orders entered by the magistrate judge, as far back as April, 2004.  Fed. R. Civ. P. 72(a) affords a party ten days in which to object to a non-dispositive order entered by a magistrate judge.  Therefore, any objections to orders entered prior to October 26, 2007, are untimely.  To the extent the petitioner may be objecting to the magistrate judge's November 6, 2007 order denying his motion for an extension of time to file his objections and his motion requesting the court to order the respondents to provide him with his

and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

Done this 30th day of November, 2007.

_____
United States District Judge

---

confiscated legal material, the court notes that the petitioner has filed twenty-seven pages of objections, and that the Alabama Department of Corrections does not allow an inmate to accumulate excess legal material in his cell; therefore, the objections are OVERRULED.